UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LATSEN BARNETT,
                Petitioner

              16 civ 4497 (JGK)
    -against-              09 cr 126 (JGK)

UNITED STATES OF AMERICA,
                Respondent.
-----------------------------------------------------------X

      The petitioner, Latsen Barnett, having filed a petition to vacate his sentence in 09 cr 126 (JGK), and the Court, having *granted the petition and* vacated Count 5 in 09 cr 126 (JGK), and the petitioner, having been re-sentenced on Count 1 of 09 cr 126 (JGK),

      The Clerk is directed to close 16 civ 4497 (JGK).

**SO ORDERED.**

                                              JOHN G. KOELTL
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 17, 2019